UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JOEL SANTIAGO CORONADO BOLIVAR,
by next friend Johanna Mayerly Bolivar Leon,                    Petitioner,

v.                                                             Civil Action No. 4:26-cv-416-DJH

ARTHUR MAGLINGER, Jailer, Daviess
County Detention Center et al.,                                 Respondents.[1]

\* \* \* \* \*

## ORDER

Petitioner Joel Santiago Coronado Bolivar, by next friend Johanna Mayerly Bolivar Leon,

filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the

petition, it is hereby

**ORDERED** as follows:

(1)     The Clerk of Court shall **serve** the United States Attorney for the Western District

of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)     The Clerk of Court shall **forward by certified mail, return receipt requested** one

copy of the petition (Docket No. 1) and this Order on Respondent Arthur Maglinger.

(3)     The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return

and hearing as set forth below.

(4)     **On or before June 18, 2026**, Respondents shall **SHOW CAUSE** why the writ of

habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

---

[1] The petition names Mike Lewis, the Hopkins County Jailer, as a respondent. (*See* Docket No. 1, PageID.1)  But the petition states that the petitioner is detained at the Daviess County Detention Center. (*See id.*, PageID.1–2)  The Daviess County Jailer is Arthur Maglinger. *See, e.g., Crispin v. Olson*, No. 4:26-CV-308-CHB, 2026 WL 1430506, at \*1 (W.D. Ky. May 21, 2026).  The Court will order that the docket be modified accordingly.

1

(5)     Petitioner may file a reply **on or before June 22, 2026**.

(6)     If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before June 18, 2026**. *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Daviess County Detention Center.  The parties may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7)     The Clerk of Court is **DIRECTED** to correct the docket of this matter to reflect that Respondent Arthur Maglinger is Jailer of the Daviess County Detention Center.

June 15, 2026

**David J. Hale, Chief Judge**
**United States District Court**

2